**YIGAL BOSCH**
**2646 SOUTH LOOP WEST #530**
**HOUSTON, TEXAS 77054**
**TEL: 713-661-2230, FAX: 713-661-2399**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN – 6 2015

CHRISTOPHER A. PRINE
CLERK

January 2, 2015

Mr. Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE: Court of appeals Number 01-14-00983 Style Yigal Bosch v. Toni Scott

Dear Mr. Prine

　　Enclosed please find a copy of my Request for Court's Records. I made the request on the 15th Day of December 2014, I also requested the clerk to notify me if he cannot have the records ready.

　　This is an interlocutory Appeal on a question of law, and not an appeal on a final judgment. The records I requested are sufficient to make a determination.

Thank you for your help.

Very truly yours,

Yigal Bosch Pro-Se

YIB/se

No. 2014-00673

| | | |
|---|---|---|
| TONI SCOTT | § | IN THE DISTRICT COURT OF |
|     Petitioner | § | |
| | § | |
| Vs. | § | |
| | § | |
| YIGAL BOSCH, Y.B. &S.J. ENTERP- | § | |
| RISES, INC. 2646 SOUTH LOOP | § | |
| WEST,LLP,YIGAL BOSCH DBA | § | |
| TRANSAMERICA CORP. OF HOUSTON | § | HARRIS COUNTY, TEXAS |
| BRADFORD HILLS REALTY CORP., | § | |
| R.K.I. INTERNATIONAL, LTD, CO., | § | |
| AND HOUSTON TRI-ATRIUM ASSOC, | § | |
| A LIMITED PARTNERSHIP, JOINTLY | § | |
| AND SEVERALLY | § | |
|     Respondents, | § | 113th JUDICAL DISTRICT |

## REQUEST FOR COURT'S RECORDS

### Court of Appeals 01-14-00983

### Trial Court Case Number : 2014-00673

Yigal Bosch, appealing the court's order of November 17th 2014 in the above titled case, denying Yigal Bosch's Emergency Motion to Void the Agreed Judgment of February 18, 2008, both as Originally filed and as Supplemented.

For this interlocutory appeal Bosch requests the following documents.

1. Respondent Yigal Bosch's Emergency Motion to void Agreed Judgment.

2. Affidavit in support of Motion.

3. Exhibit 1

4. Exhibit 2

5. Toni Scott's Response to Emergency Motion to Void Agreed Judgment.

6. Exhibit A

7. Exhibit B

8. Yigal Bosch's Reply to Toni Scott's Response to Emergency Motion to Void Agreed Judgment

9. Respondent Yigal Bosch's Supplement Emergency Motion to Void Agreed Judgment.

10. Exhibit 1

11. Exhibit 2

12. Exhibit 3

13. Order Denying Motion to set Aside the agreed Judgment

14. Respondent Yigal Bosch's Motion for Reconsideration on His Emergency Motion to Void the Agreed Judgment.

15. A sworn Affidavit by Bosch in Support of his Motion for Reconsideration of His Motion to Void the Agreed Judgment,

16. Toni Scott's subsequent Response to Emergency Motion to Void Agreed Judgment set for Submission on December 1, 2014.

17. Exhibit A

18. Respondent Yigal Bosch's Reply to Toni Scott's Subsequent Response to Emergency Motion to void Agreed Judgment Set for Submission on December 1, 2014.

Please advise me as to when the records are going to be available. If you cannot have the records ready on time please prepare an affidavit and advise me so I can make a motion to the court of appeals for an extension of time.

Very truly yours,

Yigal Bosch-Pro Se
2646 South Loop West #220
Houston, Texas 77054
Tel: 713-661-2230 Fax: 713-661-2399

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Defendant Yigal Bosch's Request for the Records  was mailed  first class mail, addressed to all counsel of record, this the 15th  day of December 2014.


Sherman Anderson
 12929 South Main Street
Houston, TX 77035


Yigal Bosch



Y. Bosch
2646 South Loop West    #530
Houston, Texas 77054

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 6 2015

CHRISTOPHER A. PRINE
CLERK

05 JAN 2015 PM 6 L

Mr. Christopher Prine
Clerk of The Courts
First Court of Appeals
301 Fannin Street
Houston, Texas 77002
770022O6699

FOREVER